# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 141 | : |
| Plaintiff, | : Case No. 3:17-cv-060 |
| -vs- | : District Judge Walter H. Rice |
| GAYSTON CORPORATION | : |
| Defendant. | : |

## ORDER

On March 6. 2017, Casey Cain, who is identified as Director of Human Resources, Gayston Corporation, filed a pleading purporting to be a pro se Answer on behalf of the Defendant corporation. (Doc. 5). It is well settled that a corporation cannot appear in federal court except through an attorney. *Rowland v. California Men's Colony*, 506 U.S. 194, 201-202(1993); *Doherty v. American Motors Corp.*, 728 F. 2d 334, 340 (6th Cir. 1984). Furthermore, it is insufficient that the person attempting to represent the corporation is an officer of the corporation. *Reich v. Pierce*, 45 F. 3d 431, n. 1 (6th Cir. 1994). Therefore, Casey Cain cannot represent the corporate defendant named in this case.

Accordingly, Defendant, Gayston Corporation, must secure counsel to represent it in this case within TWENTY-ONE (1) days of the filing date of this Order, and counsel shall enter an appearance on behalf of Defendant within that time. If Defendant, corporation fails to secure counsel within the allotted time, the Court may consider entering default judgment against Defendant Gayston Corporation.

_____
Walter H. Rice
United States District Judge

1